## LEMONS v. OLD HICKORY COUNCIL

No. 438PA87.

Case below: 86 N.C. App. 376.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1987.

## MATHIS v. MAY

No. 431P87.

Case below: 86 N.C. App. 436.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

## MOORE v. N.C. DEPT. OF JUSTICE

No. 378P87.

Case below: 85 N.C. App. 720.

Notice of appeal by plaintiff from the North Carolina Court of Appeals pursuant to G.S. § 7A-30 dismissed 7 October 1987. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

## NEAL v. CRAIG BROWN, INC.

No. 412P87.

Case below: 86 N.C. App. 157.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

## PEOPLES SECURITY LIFE INS. CO. v. HOOKS

No. 437PA87.

Case below: 86 N.C. App. 354.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1987.